**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
601 CALIFORNIA STREET, SUITE 1250
SAN FRANCISCO, CALIFORNIA 94108-2817
TELEPHONE (415) 281-2000
FACSIMILE (415) 281-2010

Catherine M. Lee (State Bar No. 197197)
c.lee@mpglaw.com

Attorneys for Defendant JPMorgan Chase Bank, N.A., erroneously sued as JP Morgan Chase Manhattan Bank, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| Victoria Beland, Trustee of the DORA GOMEZ REVOCABLE TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>NAPOLEON ORTIZ, a married man; JP MORGAN CHASE MANHATTAN BANK, N.A., and DOES 1-25,<br><br>Defendants. | CASE No. 4:17-cv-01816-HSG<br><br>Action Filed:   March 31, 2017<br><br>[The Hon. Haywood S. Gilliam, Jr.]<br><br>**STIPULATION PURSUANT TO L.R. 16-2(d) TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE SCHEDULED FOR AUGUST 1, 2017 and ORDER**<br><br>Date:   August 1, 2017<br>Time:   2:00 p.m.<br>Ctrm.:   2 (4th Floor) |

1061451.1

Case No. 4:17-cv-01816-HSG

STIPULATION PURSUANT TO L.R. 16-2(d) TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE SCHEDULED FOR AUGUST 1, 2017 AND ORDER

Plaintiff Victoria Beland, Trustee of the Dora Gomez Revocable Trust ("Plaintiff") and defendant JPMorgan Chase Bank, N.A. ("Defendant"), by and through their respective undersigned counsel, hereby stipulate as follows:

1. The Case Management Conference currently scheduled for 2:00 p.m. on August 1, 2017 will be continued for twenty-one (21) days to **August 22, 2017** at 2:00 p.m. or the first date thereafter that is available for the court.

2. Given that Plaintiff and Defendant filed a Joint Case Management Conference Statement on July 25, 2017, as previously ordered by the court, the parties do not need to file a new Joint Case Management Conference Statement, unless otherwise ordered by the court.

A continuance of the August 1, 2017 Case Management Conference date is needed because counsel for Plaintiff and Defendant have prescheduled case conflicts on that day. Plaintiff's counsel has a scheduled deposition. Defendant's counsel has a scheduled mediation in San Jose, California. August 22, 2017 is the first Tuesday after August 1, 2017 that is available for both counsel because Defendant's counsel has a pre-paid vacation from August 4 through 18, 2017.

The parties agree that this stipulation will not prejudice any party's rights with respect to this proceeding before the United States District Court for the Northern District of California.

IT IS SO STIPULATED.

DATED: July ___, 2017    LAW OFFICES OF DANIEL D. MURPHY

By: _____
Daniel D. Murphy
Attorneys for Plaintiff Victoria Beland, Trustee of the Dora Gomez Revocable Trust

DATED: July ___, 2017    MUSICK, PEELER & GARRETT LLP

By: _____
Catherine M. Lee
Attorneys for Defendant JPMorgan Chase Bank, N.A., erroneously sued as JP Morgan Chase Manhattan Bank, N.A.

**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW

1061451.1    2    Case No. 4:17-cv-01816-HSG
STIPULATION PURSUANT TO L.R. 16-2(d) TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE SCHEDULED FOR AUGUST 1, 2017 AND ORDER

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: July 31, 2017

_____
Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT COURT JUDGE

MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW

1061451.1

3

Case No. 4:17-cv-01816-HSG

STIPULATION PURSUANT TO L.R. 16-2(d) TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE SCHEDULED FOR AUGUST 1, 2017 AND ORDER