Daniel D. Murphy     [CA State Bar # 129100]
Law Offices of Daniel D. Murphy
819 Eddy Street    Stadtmuller House
San Francisco, California     94109-7701
Telephone:          (415) 771-6174
Email:          *elderabuse@aol.com*

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Victoria Beland, Trustee of the<br>DORA GOMEZ REVOCABLE TRUST,<br><br>     Plaintiff,<br><br>v.<br><br>NAPOLEON ORTIZ, a married man;<br>JP MORGAN CHASE MANHATTAN BANK, N.A.<br>and DOES 1 – 25,<br>     Defendants. | No. 4:17-cv-01816-HSG<br><br>**STIPULATION PURSUANT TO L.R. 6-1(a) TO CONTINUE THE DEADLINE FOR CIRCULATING PLAINTIFF'S AMENDED COMPLAINT SCHEDULED FOR SEPTEMBER 1, 2017 and ORDER**<br><br>Date:     September 1, 2017<br>Ctrm:    2 (4th Floor) |

Plaintiff Victoria Beland, Trustee of the Dora Gomez Revocable Trust ("Plaintiff") and defendant JPMorgan Chase Bank, N.A. ("Defendant"), by and through their respective undersigned counsel, hereby stipulate as follows:

1. The deadline for Plaintiff to provide Defendant a draft of the proposed amended complaint, currently scheduled for September 1, 2017, will be continued for ten (10) days to September 11, 2017.

2. On or before September 19, 2017, the parties will file a joint statement informing the Court whether or not there is a stipulation to permit amendment of the complaint.

A continuance of the September 1, 2017 deadline for drafting the amended complaint is needed because counsel for Plaintiff has had other case conflicts preventing the completion of the drafted amended complaint.

The parties agree that this stipulation will not prejudice any party's rights with respect to this proceeding before the United States District Court for the Northern District of California.

IT IS SO STIPULATED.

Date: September 1, 2017          LAW OFFICES OF DANIEL D. MURPHY


                                 By _/s/ Daniel D. Murphy_____
                                    Daniel D. Murphy
                                    Attorneys for Plaintiff Victoria Beland

Date: September 1, 2017          MUSICK, PEELER & GARRETT LLP


                                 By _/s/ Catherine M. Lee_____
                                    Catherine M. Lee
                                    Attorneys for Defendant JP Morgan Chase Bank,
                                    N.A.

<u>ORDER</u>

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date:   September 5, 2017

*Haywood S. Gilliam Jr.*

Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT COURT JUDGE