**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
601 CALIFORNIA STREET, SUITE 1250
SAN FRANCISCO, CALIFORNIA 94108-2817
TELEPHONE (415) 281-2000
FACSIMILE (415) 281-2010

Catherine M. Lee (State Bar No. 197197)
c.lee@mpglaw.com

Attorneys for Defendant JPMorgan Chase Bank, N.A., erroneously sued as JP Morgan Chase Manhattan Bank, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| Victoria Beland, Trustee of the DORA GOMEZ REVOCABLE TRUST, <br><br> Plaintiff, <br><br> vs. <br><br> NAPOLEON ORTIZ, a married man; JP MORGAN CHASE MANHATTAN BANK, N.A., and DOES 1-25, <br><br> Defendants. | CASE No. 4:17-cv-01816-HSG <br><br> Action Filed: March 31, 2017 <br><br> [The Hon. Haywood S. Gilliam, Jr.] <br><br> **STIPULATION FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT AND ORDER** <br><br> Trial Date: None set. |

Plaintiff Victoria Beland, Trustee of the Dora Gomez Revocable Trust ("Plaintiff") and defendant JPMorgan Chase Bank, N.A. ("Defendant"), by and through their respective undersigned counsel, hereby stipulate as follows:

1. Upon the Court's granting of this Stipulation, Plaintiff may file its proposed First Amended Complaint in the form attached hereto as Exhibit 1.

2. The First Amended Complaint shall be deemed served on Defendant when it is electronically filed with the court.

3. Defendant shall have twelve (12) court days from Plaintiff's filing of the First Amended Complaint to file a response to the First Amended Complaint.

4. Defendant retains all rights to challenge the First Amended Complaint.

IT IS SO STIPULATED.

DATED: September 19, 2017   LAW OFFICES OF DANIEL D. MURPHY

By: */s/ Daniel D. Murphy*
Daniel D. Murphy
Attorneys for Plaintiff Victoria Beland, Trustee of the Dora Gomez Revocable Trust

DATED: September 19, 2017   MUSICK, PEELER & GARRETT LLP

By: */s/ Catherine M. Lee*
Catherine M. Lee
Attorneys for Defendant JPMorgan Chase Bank, N.A., erroneously sued as JP Morgan Chase Manhattan Bank, N.A.

## ATTORNEY ATTESTATION

I, Catherine M. Lee, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document. I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

DATED: September 19, 2017        MUSICK, PEELER & GARRETT LLP

By: */s/ Catherine M. Lee*
Catherine M. Lee
Attorneys for Defendant JPMorgan Chase Bank, N.A., erroneously sued as JP Morgan Chase Manhattan Bank, N.A.

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: September 19, 2017

Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT COURT JUDGE