**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
601 CALIFORNIA STREET, SUITE 1250
SAN FRANCISCO, CALIFORNIA 94108-2817
TELEPHONE (415) 281-2000
FACSIMILE (415) 281-2010

Catherine M. Lee (State Bar No. 197197)
*c.lee@mpglaw.com*

Attorneys for Defendant JPMorgan Chase Bank, N.A.,
erroneously sued as JP Morgan Chase Manhattan Bank, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| Victoria Beland, Trustee of the DORA GOMEZ REVOCABLE TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>NAPOLEON ORTIZ, a married man; JP MORGAN CHASE MANHATTAN BANK, N.A., and DOES 1-25,<br><br>Defendants. | CASE No. 4:17-cv-01816-HSG<br><br>Action Filed: March 31, 2017<br><br>[The Hon. Haywood S. Gilliam, Jr.]<br><br>**STIPULATION FOR PLAINTIFF TO CHANGE NAME FOR DEFENDANT JPMORGAN MANHATTAN BANK IN FIRST AMENDED COMPLAINT**<br><br>Trial Date: None set. |

Plaintiff Victoria Beland, Trustee of the Dora Gomez Revocable Trust ("Plaintiff") and defendant JPMorgan Chase Bank, N.A. ("Defendant"), by and through their respective undersigned counsel, hereby stipulate as follows:

1. JPMorgan Chase Bank, N.A. was erroneously sued in this action as "JPMorgan Chase Manhattan Bank, N.A."

2. Defendant agrees that Plaintiff may substitute "JPMorgan Chase Bank, N.A." in place of "JPMorgan Chase Manhattan Bank, N.A." in the caption and relevant portions of the body of the First Amended Complaint.

3. Plaintiff may file a First Amended Complaint in the version attached hereto as Exhibit 1.

4. Unless otherwise addressed in this Stipulation, the court's Order dated September 19, 2017 remains unaltered.

IT IS SO STIPULATED.

DATED: September 27, 2017    LAW OFFICES OF DANIEL D. MURPHY

By: */s/ Daniel D. Murphy*
Daniel D. Murphy
Attorneys for Plaintiff Victoria Beland, Trustee of the Dora Gomez Revocable Trust

DATED: September 27, 2017    MUSICK, PEELER & GARRETT LLP

By: */s/ Catherine M. Lee*
Catherine M. Lee
Attorneys for Defendant JPMorgan Chase Bank, N.A., erroneously sued as JP Morgan Chase Manhattan Bank, N.A.

**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW

1070999.1                        1                    Case No. 4:17-cv-01816-HSG
STIPULATION FOR PLAINTIFF TO CHANGE NAME FOR DEFENDANT JPMORGAN MANHATTAN BANK IN FIRST AMENDED COMPLAINT

## ATTORNEY ATTESTATION

I, Catherine M. Lee, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document. I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

DATED: September 27, 2017     MUSICK, PEELER & GARRETT LLP

By: */s/ Catherine M. Lee*
Catherine M. Lee
Attorneys for Defendant JPMorgan Chase Bank, N.A., erroneously sued as JP Morgan Chase Manhattan Bank, N.A.

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: September 28, 2017

Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT COURT JUDGE

MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW

1070999.1     2     Case No. 4:17-cv-01816-HSG
STIPULATION FOR PLAINTIFF TO CHANGE NAME FOR DEFENDANT JPMORGAN MANHATTAN BANK IN FIRST AMENDED COMPLAINT