Daniel D. Murphy   [California State Bar No.129100]
Law Offices of Daniel D. Murphy
819 Eddy Street    Stadtmuller House
San Francisco, California   94109-7701
Telephone:    (415) 771-6174
Email:     *elderabuse@aol.com*

Counsel for Plaintiff Victoria Beland

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| Victoria Beland, Trustee of the DORA GOMEZ REVOCABLE TRUST,<br><br>    Plaintiff,<br><br>    vs.<br><br>NAPOLEON ORTIZ, a married man; JP MORGAN CHASE MANHATTAN BANK, N.A., and DOES 1-25,<br><br>    Defendants. | CASE No. 4:17-cv-01816-HSG<br><br>Action Filed:    March 31, 2017<br><br>[The Hon. Haywood S. Gilliam, Jr.]<br><br>**STIPULATION FOR PLAINTIFF TO CORRECT NAME FOR THE DORA GOMEZ LIVING TRUST IN SECOND AMENDED COMPLAINT**<br><br>Trial Date:    None set. |

1    Plaintiff Victoria Beland, Trustee of the Dora Gomez Living Trust ("Plaintiff") and

2  defendant JPMorgan Chase Bank, N.A. ("Defendant"), by and through their respective

3  undersigned counsel, hereby stipulate as follows:

4    1.    The Dora Gomez Living Trust was erroneously named in this action as "Dora

5  Gomez Revocable Trust".

6    2.    Defendant agrees that Plaintiff may substitute "Dora Gomez Living Trust" in place

7  of "Dora Gomez Revocable Trust" in the caption.

8    3.    Plaintiff may file a Second Amended Complaint in the version attached hereto as

9  Exhibit 1.

10    4.    Unless otherwise addressed in this Stipulation, the court's Order dated September

11  19, 2017 remains unaltered.

13    IT IS SO STIPULATED.

15  DATED: October 6, 2017            LAW OFFICES OF DANIEL D. MURPHY

17                         By:    Daniel D. Murphy
                                  Daniel D. Murphy
18                                Attorneys for Plaintiff Victoria Beland, Trustee of
                                  the Dora Gomez Living Trust

20  DATED: October _9, 2017           MUSICK, PEELER & GARRETT LLP

23                         By:    Catherine Lee
                                  Catherine M. Lee
24                                Attorneys for Defendant JPMorgan Chase Bank,
                                  N.A., erroneously sued as JP Morgan Chase
25                                Manhattan Bank, N.A.

**ATTORNEY ATTESTATION**

I, Daniel D. Murphy, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature within this e-filed document. I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

DATED: October 6, 2017        Law Offices of Daniel D. Murphy

By: ___Daniel D. Murphy___
Daniel D. Murphy
Attorneys for Plaintiff Victoria Beland, erroneously named as Trustee of the Dora Gomez Revocable Trust

### [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: October _10_, 2017

_/s/ Haywood S. Gilliam Jr._
Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT COURT JUDGE